UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSHUA MELLO
PLAINTIFF

V.                                                                                      C.A. No. 1:23-479-JJM-PAS

JOHN ROCCHIO, AND
EDWARD ARRUDA, DEFENDANTS

### ANSWER TO DEFENDANT'S OBJECTION TO MOTION FOR CLARIFICATION

In response to the Defendants' objection to the Motion for Clarification, it is disconcerting that their response merely consists of objections without addressing the substantive issues raised. The Rule 16 statement provided by the Defendants contains numerous misleading and false assertions, casting doubt on the accuracy of the events described. Of particular concern is the conflicting narrative regarding the tearing of a court document, wherein testimonies of the defendants themselves contradict the account presented by their legal representatives. This inconsistency raises questions about the credibility of the Defendants' version of events.

Moreover, the suppression of crucial video evidence, as outlined in the Motion for Clarification, further undermines the integrity of the Defendants' defense. The failure to disclose this footage, which reportedly contradicts the Defendants' witness statements and sworn testimonies, suggests a deliberate attempt to manipulate the facts of the case.

Additionally, the presence of additional falsehoods in the Defendants' statement, particularly regarding events captured on video, compounds the concerns regarding their candor before the court. The misrepresentation of the Plaintiff's actions, coupled with inaccuracies concerning the possession of a weapon, further erodes confidence in the Defendants' version of events.

Given the discrepancies highlighted and the apparent pattern of misleading statements, it is imperative to question the integrity of the legal proceedings and the practices employed by the Defendants' law firm. Such conduct, especially in light of prior questionable actions during the Plaintiff's Post Conviction Relief hearing, warrants scrutiny and redress. Furthermore, within the Defendants' Rule 16 statement, they asserted that Mr. Mello refused to go to Roger Williams Hospital and instead they took him to the fire station. However, in their own discovery materials provided, the documents detailing Mr. Mello's admission to Roger Williams Hospital for an initial examination were included. This inconsistency prompts us to raise concerns about the continued dissemination of false statements and calls into question the credibility of the Defendants' assertions and the law firm representing them. Moreover, the law firm has failed to acknowledge our queries regarding Mr. Catalano's attendance at the PCR hearing, alongside Attorney Scott-Benevides, despite receiving instructions from Attorney DeSisito to direct any inquiries or concerns to him. Therefore, we respectfully request clarification on these matters and seek assurances regarding the integrity of the legal process moving forward.

Respectfully,

_____  2/14/24
Joshua Mello
57 Rolfe Square Unit 10113
Cranston, RI 02910
401.426.0778
kskustomsrideons@gmail.com

2