UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSHUA MELLO
   *Plaintiff,*

vs.             C.A. No. 1:23-cv-000480-JJM-PAS

JOHN ROCCHIO and EDWARD ARRUDA
   *Defendants*

## **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE A SUR-REPLY**

   While Defendants object to the redundant, immaterial, impertinent, and frivolous nature of the substance of Plaintiffs' Sur-reply, in order to promote expedient judicial economy, the Defendants do not object to Plaintiffs filing a Sur-reply. However, Defendants request that this Court caution Plaintiffs from continuously making these redundant, immaterial, impertinent, and frivolous allegations in the future. Such allegations are merely distracting and take time and attention away from the legal and factual issues of the lawsuit, impeding ability of Defendants to move this lawsuit forward.

                Defendants
                By their Attorney,

                */s/ Marc DeSisto*
                Marc DeSisto (#2757)
                */s/ Julia K. Scott- Benevides*
                Julia K. Scott- Benevides (#10408)
                DeSisto Law LLC
                60 Ship Street
                Providence, RI 02903
                (401) 272-4442
                marc@desistolaw.com
                julia@desistolaw.com

*Mello, et al, v. Derek Gustafson, et al*
*C.A. No. 23-cv-000480-JJM-LDA*

## CERTIFICATION

    I hereby certify that the within document has been electronically filed with the Court on the 15th day of February, 2024, and is available for viewing and downloading from the ECF system.

    I further certify that a true and accurate copy of the within was emailed and mailed, postage prepaid, to:

Joshua Mello
57 Rolfe Square, Unit 10113
Cranston, RI 02910
kskustomsrideons@gmail.com

                                                       */s/ Julia K. Scott- Benevides*