UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JOSHUA MELLO AND RACHEL WARE, PLAINTIFFS**
v.
**EDWARD ARRUDA AND JOHN ROCCHIO, DEFENDANTS**
CASE NOS.: 1:2023-CV-00479 & 1:2023-CV-00480

**NOTICE OF CORRECTION**

To Whom It May Concern,

Please take notice that the following correction is made to the statements on pages 13-14 of the document in question:

**Original Text:**
"The Defendant's lawyer suggested putting in a motion to compel to get the requested documents. Since Plaintiffs did put in the motion to compel, as suggested by Defendant's counsel, Plaintiffs then get an objection from the defendant's lawyer."

**Corrected Text:**
"The Defendant's lawyer suggested putting in a motion to compel (email dated 12/15/24) to get the requested documents instead of acting in 'Good Faith' and supplying the original document for inspection. Historically throughout this litigation, no matter what Plaintiffs enter, the Defendants object, using that action as a delay tactic to prolong this litigation. Plaintiffs determined that an emergency discovery conference was the more appropriate course of action given the severity of what Plaintiffs believe to be a tampered document received during Discovery."

This correction is submitted because, as Pro Se Litigants, we inadvertently misaddressed our point, and it was not a complete thought. Upon further review, we wanted to correct our error.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Joshua Mello
/s/ Rachel Ware
Pro Se Plaintiffs
57 Rolfe Square, Unit 10113
Cranston, RI 02910
401.426.0778

**CERTIFICATION**

I certify that a true and accurate copy of the within was emailed and mailed with signature confirmation, to DeSisto Law LLC:

Julia K. Scott-Benevides
DeSisto Law LLC
Providence, RI 02903
(401) 272-4442
julia@desistolaw.com

/s/ Joshua Mello