| | |
|---|---|
| **From:** | Joshua Mello <kskustomsrideons@gmail.com> |
| **Sent:** | Wednesday, February 12, 2025 4:29 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Motion to be submitted Case Nos.: 1:2023-cv-00479 & 1:2023-cv-00480 |
| **Attachments:** | MOTION FOR RECONSIDERATION UNDER FED. R. CIV. P. 59(e).pdf |

**CAUTION - EXTERNAL:**

Good Afternoon,

Here is a motion to for reconsideration for case **Case Nos.: 1:2023-cv-00479 & 1:2023-cv-00480**

Thank You
Rachel

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

**This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering**

**the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.