## AFFIDAVIT OF RACHEL WARE

**UNITED STATES DISTRICT COURT**
**Rhode Island District Court** 1:23-cv-00479 & 00480

I, Rachel Ware, state as follows:

1. **Personal Information**

   I, Rachel Ware, am over the age of eighteen (18) and competent to testify to the matters set forth in this affidavit.

2. **Purpose of Affidavit**

   I am submitting this affidavit in support of an audio file that I am providing to the Federal Courts, which contains a recorded interaction between myself and Captain Robertson of the Cranston Police Department's Records Division.

3. **Reason for Recording**

   Based on my personal experiences with the city of Cranston personnel including the Cranston Police Department and for my own protection, I routinely record interactions with the department when engaging with its personnel. RI is a one party consent state when it comes to recording and under R.I. Gen. Laws § 11-35-21 (2012) I have the ability to record as I give consent.

4. **Circumstances of the Recording**

   a. On February 3rd, 2025, I went to the Cranston Police Department to drop off an official court document.

   b. While at the department, Captain Robertson of the Records Division came out to speak with me when he found out I was present.

   c. For factual background, at the time of my visit, I had pending emails and APRA's awaiting a responses from Captain Robertson regarding policies and procedures I was

requesting information on.

d. Our conversation was not premeditated nor did I expect to engage in any type of discussion with Captain Robertson during my visit.

e. My audio recording device, which I use for my personal records, happened to capture our interaction, as heard in my recording, the conversation was regarding the policies and procedures in which I was inquiring

5. **Authenticity of the Recording**

a. The recording accurately reflects the interaction and conversation that took place between myself and Captain Robertson.

b. I have not altered, edited, or manipulated the recording in any way.

6. **Submission to the Court**

I submit this affidavit and the accompanying audio recording as evidence to support my statements regarding the interaction.

Respectfully submitted,

/s/ Rachel Ware
57 Rolfe Square Unit 10113
Cranston, RI, 02910
401.447.7769
kskustomsrideons@gmail.com

**CERTIFICATION**

I certify that a true and accurate copy of the within was e-filed and submitted on 2/12/25.

Julia K. Scott-Benevides
DeSisto Law LLC
4 Richmond Square
Suite 500
Providence, RI 02906
(401) 272-4442
julia@desistolaw.com

/s/ Rachel Ware