# Viviana Gonzalez Gomez

| | |
|---|---|
| **From:** | Joshua Mello <kskustomsrideons@gmail.com> |
| **Sent:** | Thursday, February 13, 2025 9:46 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Affidavit for case 23-cv-00479 & 00480 |
| **Attachments:** | AFFIDAVIT OF RACHEL WARE-2.pdf |
| | |
| **Categories:** | Being Worked on VGG |

**CAUTION - EXTERNAL:**

Good Morning,

My apologies on the confusion. Here is the affidavit that goes with the audio file uploaded to box.com for case 23-cv-00479 & 00480.

This is part of our motion for reconsideration.

Thank You,
Rachel

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.