UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSHUA MELLO and RACHEL WARE,<br>*Plaintiffs,*<br><br>vs.<br><br>DEREK GUSTAFSON, TIMOTHY VESEY, STEVEN CATALANO, JOHN ROCCHIO and EDWARD ARRUDA<br>*Defendants* | C.A. No. 1:23-cv-00480-JJM-PAS;<br>1:23-cv-00479-JJM-PAS |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT(S) FOR THEIR FAILURE TO COMPLY WITH MAGISTRATE SULLIVAN'S JANUARY 29, 2025 ORDER

Now come Defendants, Edward Arruda ("Defendant Arruda") and John Rocchio ("Defendant Rocchio")(collectively hereinafter "Defendants") and hereby submit their Motion to Dismiss Plaintiffs, Joshua Mello's ("Plaintiff Mello") and Rachel Ware's ("Plaintiff Ware")(collectively hereinafter "Plaintiffs") Complaints for Plaintiffs' failure to comply with Magistrate Sulivan's January 29, 2025 Order granting in part and denying in part Defendants' Motion to Compel More Responsive Answers.

By their Attorney,

*/s/ Julia K. Scott-Benevides*
Julia K. Scott-Benevides  (#10408)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
julia@desistolaw.com

*Mello, et al, v. Derek Gustafson, et al*
*C.A. No. 23-cv-000480-JJM-LDA*

## CERTIFICATION

    I hereby certify, that on this 20th day of February 2025, I electronically served this document through the electronic filing system and is available for viewing and downloading from the ECF system.

    I further certify that a true and accurate copy of the within was emailed and mailed, postage prepaid, to:

| | |
|---|---|
| Joshua Mello | Rachel Ware |
| 57 Rolfe Square, Unit 10113 | 57 Rolfe Square, Unit 10113 |
| Cranston, RI 02910 | Cranston, RI 02910 |
| kskustomrideons@gmail.com | kskustomrideons@gmail.com |

                                            */s/ Julia K. Scott-Benevides*