UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JOSHUA MELLO and RACHEL WARE,**
        **Plaintiffs,**

v.                                                                    C.A. No. 1:23-cv-00479 & 00480

**EDWARD ARRUDA and JOHN ROCCHIO,**
        **Defendants**

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Joshua Mello and Rachel Ware respectfully move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule CV 56, for summary judgment in their favor on the issue of liability under 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments to the United States Constitution.

Summary judgment is appropriate because there are no genuine disputes as to any material fact, and Plaintiffs are entitled to judgment as a matter of law.

In support of this Motion, Plaintiffs rely upon the following documents filed contemporaneously herewith:

1. Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment;
2. Plaintiffs' Rule 56 Statement of Undisputed Material Facts;
3. Video evidence and photographic stills submitted as exhibits;
4. Exhibit list of supporting documents;
5. All prior pleadings, filings, and the record in this case.

Plaintiffs respectfully request that this Court grant summary judgment on the issue of liability and reserve the question of damages for a hearing.

Dated: 4/30/25

Respectfully submitted,

/s/ Joshua Mello
/s/ Rachel Ware
Pro Se Plaintiffs
57 Rolfe Square, Unit 10113
Cranston, RI 02910
kskustomsrideons@gmail.com
401.426.0778

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th of April 2025, a copy of the foregoing Plaintiffs' Motion for Summary Judgment  was served via the e-filing system to:

| | |
|---|---|
| Julia K. Scott-Benevides | Kathleen A. Hilton, Esq. |
| DeSisto Law LLC | DeSisto Law LLC |
| (401) 272-4442 | (401) 272-4442 |
| julia@desistolaw.com | Katie@desistolaw.com |

/s/ Joshua Mello
/s/ Rachel Ware