UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JOSHUA MELLO and RACHEL WARE,**
    **Plaintiffs,**

v.           C.A. No. 1:23-cv-00479 & 00480

**EDWARD ARRUDA and JOHN ROCCHIO,**
    **Defendants**

# Exhibit List

1. Exhibit A: Western Hills Middle School (WHMS) Surveillance Video (October 21, 2021) The WHMS surveillance video has previously been submitted to the Court via jump drive, as its size and format precluded submission through Box.com. See Docket Note entered March 17, 2025, in 1:23-cv-00479-JJM-PAS (ECF No. 65) and 1:23-cv-00480-JJM-PAS (ECF No. 88) (electronic video exhibit received and maintained by the Clerk's Office, submitted by Viviana Gonzalez Gomez). This video is further identified at Cranston-Initial Disclosures-000055 (Mello). Accordingly, we reference the previously submitted file and do not resubmit it here.

2. Exhibit B: Cranston PD Arrest and Assault video (this is a snippet of the full length video of the WHMS surveillance video)

3. Exhibit C: Cranston PD excessive Force cell phone video

4. Exhibit D: Handcuffed and Smashed Off Hood (this is a snippet of the full length video of the WHMS surveillance video)

5. Exhibit E: Cranston School_Cranston PD 10-21-21 cellphone video

6. Exhibit F: Officer Arruda's Police Narrative from Cranston Police Report #21-58022-OF

7. Exhibit G: Officer Rocchio's Police Narrative from Cranston Police Report #21-58022-OF

8. Exhibit H: Defendant, John Rocchio's Supplemental Response to Plaintiffs' Second Set of Interrogatories

9. Exhibit I: Defendant, Edward Arruda's Supplemental Response to Plaintiffs' Second Set of Interrogatories
10. Exhibit J: Defendant, Edward Arruda's Response to Plaintiffs' Request for Admissions
11. Exhibit K: Defendant, John Rocchio's Response to Plaintiffs' Request for Admissions
12. Exhibit L: (Pages 9-19) Office of Professional Standards OPS Case# 2023-12-IA Officer Arruda's interview with Captain Parker on March 1, 2023, about Complaints submitted to Cranston Police Department on July 3rd 2023 by Plaintiff Mello and Plaintiff Ware
13. Exhibit M: (Pages 20-33) Office of Professional Standards OPS Case# 2023-12-IA Officer Rocchio's interview with Captain Parker on September 6, 2023, about Complaints submitted to Cranston Police Department on July 3rd 2023 by Plaintiff Mello and Plaintiff Ware
14. Exhibit N: 3rd Division District Court, Case Summary, Case No. 31-2021-08448
15. Exhibit O: Officer Arruda's trial audio testimony from November 15, 2022 (2022-11-15_12.08.13.153.mwv
16. Exhibit P: Officer Arruda's trial audio testimony from November 15, 2022 (2022-11-15_14.01.43.095.mwv
17. Exhibit Q: Officer Rocchio's trial audio testimony from November 15, 2022 (2022-11-15_14.01.43.095.mwv
18. Exhibit R: Cranston Police Department's Use-of-Force policy
19. Exhibit S: Plaintiff Mello medical record from Roger Williams Hospital (10/21/21)
20. Exhibit T: Plaintiff Mello medical record from Garden City Treatment Center (10/24/21)
21. Exhibit U: Defendant, Edward Arruda's Response to Plaintiffs' Second Set of Interrogatories
22. Exhibit V: Exhibits A-O for Motion for Judicial Notice
23. Exhibit X: Cranston PD Arrest and Assault video still images
24. Exhibit Y: Still images from WHMS Surveillance Video

Respectfully submitted,

/s/ Joshua Mello
/s/ Rachel Ware
Pro Se Plaintiffs
57 Rolfe Square, Unit 10113
Cranston, RI 02910
kskustomsrideons@gmail.com
401.426.0778

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th of April 2025, a copy of the foregoing Exhibit List for Summary Judgement was served via the e-filing system to:

| | |
|---|---|
| Julia K. Scott-Benevides | Kathleen A. Hilton, Esq. |
| DeSisto Law LLC | DeSisto Law LLC |
| (401) 272-4442 | (401) 272-4442 |
| julia@desistolaw.com | Katie@desistolaw.com |

/s/ Joshua Mello
/s/ Rachel Ware