## Viviana Gonzalez Gomez

| | |
|---|---|
| **From:** | Joshua Mello <kskustomsrideons@gmail.com> |
| **Sent:** | Wednesday, April 30, 2025 8:00 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Submitting a motion for case 479 & 480 |
| **Attachments:** | MOTION FOR SUMMARY JUDGMENT.pdf; Exhibit list for SummaryJudgement .pdf; PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT.pdf; RULE 56 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT.pdf; Exhibits for Motion for Summary Judgement .pdf |

| | |
|---|---|
| **Categories:** | Being Worked on VGG |

**CAUTION - EXTERNAL:**

Good Morning,

We are submitting our Motion for Summary Judgement, Plaintiffs Memorandum of Law, Rule 56 Statement of Undisputed facts, an Exhibit list and then a PDF of all exhibits that are documents. We will uploading videos as exhibits also to box.com Thank you. Any questions please reach out.

Be Well,
Rachel

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

**This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering**

**the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.