UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSHUA MELLO and RACHEL WARE<br>   *Plaintiffs,*<br><br>  vs.<br><br>DEREK GUSTAFSON, TIMOTHY VESEY,<br>STEVEN CATALANO, JOHN ROCCHIO and<br>EDWARD ARRUDA<br>   *Defendants* | C.A. No. 1:23-cv-00480-JJM-PAS |

## **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

  Now come Defendants, John Rocchio and Edward Arruda and move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) of the Federal Rules of Civil Procedure. In support thereof, Defendants rely upon the memorandum of law attached and incorporated herein.

              Defendants
              By their Attorney,

              */s/ Kathleen A. Hilton*
              Kathleen A. Hilton, Esq. (#9473)
              DeSisto Law LLC
              4 Richmond Square, Suite 500
              Providence, RI 02906
              (401) 272-4442
              katie@desistolaw.com

<u>CERTIFICATION</u>

I hereby certify, that on this 27th day of May 2025, I electronically served this document through the electronic filing system and is available for viewing and downloading from the ECF system.

I further certify that a true and accurate copy of the within was emailed and mailed, postage prepaid, to:

| | |
|---|---|
| Joshua Mello | Rachel Ware |
| 57 Rolfe Square, Unit 10113 | 57 Rolfe Square, Unit 10113 |
| Cranston, RI 02910 | Cranston, RI 02910 |
| kskustomrideons@gmail.com | kskustomrideons@gmail.com |

*/s/ Kathleen A. Hilton*