# Exhibit A

# Cranston Police Department
Image Associated With Case Number 21-58022-AR
Image Description: Order 1/3 - MELLO

Filed in Kent County Family Court
Submitted: 1/27/2020 11:01 AM
Envelope: 2443471
Reviewer: Eduardo S.

21-58022-AR

STATE OF RHODE ISLAND          FAMILY COURT
KENT, SC.

TONYA A. MORENA

VS.        C.A. NO: K10-0433M

JOSHUA MELLO

### ORDER

The above-entitled matter came on for hearing before The Honorable Justice Debra E. DiSegna in the Kent County Family Court on various motions on January 22, 2020. After a hearing thereon, and due consideration thereof, it is hereby:

**ORDERED:**

1. 

2. That the Defendant/Father has every right to pick up the minor child at school and shall be immediately placed on the Cranston Public Schools Emergency Contact List at the minor child's school.

3. That neither party shall pick the minor child up prior to dismissal without written agreement from the other party.

4. 

5. That this schedule is without prejudice to a full hearing on the issue.

6. [redacted]