UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSHUA MELLO,<br>　　Plaintiff,<br><br>　　v.<br><br>EDWARD ARRUDA; and JOHN ROCCHIO,<br>　　Defendants. | 23-cv-479-JJM-PAS |
| JOSHUA MELLO; and RACHEL WARE,<br>　　Plaintiffs,<br><br>　　v.<br><br>OFFICER JOHN ROCCHIO; and EDWARD ARRUDA,<br>　　Defendants. | 23-cv-480-JJM-PAS |

### TRIAL ORDER

This case is ready for trial. On or before March 23, 2026, the parties are to meet and confer and file a joint Notice that states the following:

1. How many total trial days (assume full days) will it take for the case to be tried?

2. How many witnesses does each side intend to call with a list of the witnesses for each side, and the approximate time for direct and cross for each witness?

3. Are there any outstanding issues that need to be resolved before this case can be tried?

4. What efforts have been made to mediate this case? Would a referral to mediation possibly resolve this case?

5. Are there any dates between now and the end of December 2026 when the attorneys or witnesses are unavailable for trial?

All counsel and parties are notified that this case may be called for trial at any time.

IT IS SO ORDERED.

*s/John J McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief United States District Judge

March 10, 2026